**Opinion issued October 13, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-25-00840-CR**

**NO. 01-25-00841-CR**

**NO. 01-25-00842-CR**

**NO. 01-25-00843-CR**

———————————

**IN RE CLAYTON TUTTLE BROTHERS, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator, Clayton Tuttle Brothers, proceeding pro se, filed a petition for a writ of mandamus related to his four underlying trial court causes. Relator's mandamus petition requests that the Court stay all proceedings in each of the underlying trial court causes and issue a writ of mandamus directing the trial court to "[a]ppoint or allow substitution of competent, conflict-free counsel," to "[c]onduct a full

evidentiary hearing on destruction and suppression of evidence," to "[e]nsure all hearings are electronically recorded and transcribed," and to "[r]efrain from retaliatory conduct against [r]elator for asserting constitutional rights." Relator's petition further requests that the Court "[d]irect the presiding judge and the Harris County District Attorney's Office to preserve all records and communications relating to [r]elator and the underlying proceedings" and to "[c]onsider [r]elator's [f]ilings, [e]xhibits and [t]estimony as a whistleblower."[1]

Relator's pro se petition for writ of mandamus presents nothing for our Court to review because a criminal defendant is not entitled to hybrid representation. Relator's mandamus petition notes that he has court appointed counsel. As such, his mandamus petition must be denied. *See In re Rodriguez*, No. 08-03-00499-CR, 2004 WL 516698, at \*1 (Tex. App.—El Paso Mar. 17, 2004, orig. proceeding) (not designated for publication) ("Because [relator] is represented by counsel in the trial court, he is not entitled to relief on his *pro se* petition for writ of mandamus." (citing *Gray v. Shipley*, 877 S.W.2d 806, 806 (Tex. App.—Houston [1st Dist.] 1994, orig. proceeding) (overruling pro se motion for leave to file mandamus petition because relator was represented by appointed trial counsel and not entitled to hybrid representation))).

---

[1] The underlying cases are *The State of Texas v. Clayton Tuttle Brothers*, cause numbers 1487636, 1487637, 1487638, and 1487639, pending in the 177th District Court of Harris County, Texas, the Honorable Emily DeToto presiding.

We therefore deny relator's petition for writ of mandamus.  *See* TEX. R. APP. P. 52.7(a), 52.8(a); *see also Walker v. Packer*, 827 S.W2d 833, 837 (Tex. 1992).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Gunn, and Caughey.

Do not publish.  TEX. R. APP. P. 47.2(b).